LEWIS M. JONES et al., Copartners, Doing Business as LEWIS M. JONES COMPANY, Appellants, *v.* AUGUSTUS C. DOWNING, Respondent.

*Jones v. Downing,* 173 App. Div. 989, affirmed.

(Argued January 10, 1919; decided January 28, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June 7, 1916, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover commissions on the sale of certain real property. The answer denied the allegations of the complaint and set up as separate defenses that defendant never employed the plaintiffs to negotiate a sale of the property; that any dealings the plaintiffs may have had in regard to the property were in behalf of prospective purchasers, unknown to defendant, and that the sale was consummated through another broker.

*James A. Leary* for appellants.

*Gerrit Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.